## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

### NOT DESIGNATED FOR PUBLICATION

Percival Franklin
In Proper Person
P. O. Box 308
Baker LA 70704

**REHEARING ACTION: February 16, 2011**

**Docket Number: 10   01165-CA**

**PERCIVAL FRANKLIN**
**VERSUS**
**ALLSTATE INSURANCE COMPANY**

**Appealed from Lafayette Parish Case No. C-20096859**

**BEFORE JUDGES:**

> Hon. John D. Saunders
> Hon. J. David Painter
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Percival Franklin** has this day been

> **DENIED.**

cc: Tracey A. Biagas-Hill, Counsel for the Appellee